UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---

26-CV-5329 (JMF)
(and all consolidated and related cases)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held yesterday:

- The DOE's motion for reconsideration, *see* ECF No. 65, is DENIED, but its motion in the alternative for an indicative ruling pursuant to Rule 62.1 of the Federal Rules of Civil Procedure is GRANTED. Specifically, the Court would grant the DOE's motion for reconsideration to correct the pendency placements of the students in *Nicholls v. Samuels*, 26-CV-5638, and *Peralta v. Samuels*, 26-CV-5405, were the Second Circuit to remand their cases to this Court for that purpose. Pursuant to Rule 62.1(b), the DOE is hereby ORDERED to promptly notify the Clerk of Court for the Second Circuit as to this Court's decision.

- Plaintiffs' motion for an indicative ruling, *see* ECF No. 75, is DENIED.

- Plaintiffs' motion to stay the Court's August 21, 2026 Opinion and Order, *see* ECF No. 70, is DENIED.

- Plaintiffs' motion to partially vacate the Court's August 21, 2026 Opinion and Order, *see* ECF No. 72, is DENIED.

- **No later than October 5, 2026**, the DOE shall either file a motion to stay the Court's July 31, 2026 Order with respect to *Nicholls* and *Peralta* or demonstrate compliance by submitting pay memos as to those Plaintiffs on an *ex parte* basis.

- By separate Order to be entered today, the Court is referring these cases to Magistrate Judge Katharine H. Parker for the purposes of ensuring compliance with the Court's July 31, 2026 Bottom Line Order and August 21, 2026 Opinion and Order as to the "Undisputed iBrain Plaintiffs" and resolving any disputes between the parties as to

what compliance entails. To be clear, the referral does not encompass any dispositive motions, which will be handled by the undersigned in the normal course.

Further, the Clerk of Court is directed to terminate ECF Nos. 65, 70, 72, and 75, mark all of the following cases as related to this lead case, 25-CV-5329, and docket a copy of this Order in all related cases:

1. Carrillo et al. v. Samuels et al., 1:26-cv-05330-JMF
2. Mondano et al. v. Samuels et al., 1:26-cv-05332-JMF
3. Moonsammy et al. v. Samuels et al., 1:26-cv-05333-JMF
4. Juca v. Samuels et al., 1:26-cv-05336-JMF
5. Juca v. Samuels et al., 1:26-cv-05337-JMF
6. Davis v. Samuels et al., 1:26-cv-05338-JMF
7. Larach Cohen v. Samuels et al., 1:26-cv-05339-JMF
8. Ogunleye v. Samuels et al., 1:26-cv-05340-JMF
9. Abreu v. Samuels et al., 1:26-cv-05341-JMF
10. Hidalgo et al. v. Samuels et al., 1:26-cv-05345-JMF
11. Fiallos v. Samuels et al., 1:26-cv-05346-JMF
12. De Paulino et al. v. Samuels et al., 1:26-cv-05372-JMF
13. Crespo et al. v. Samuels , 1:26-cv-05373-JMF
14. Grullon et al. v. Samuels et al., 1:26-cv-05376-JMF
15. Crosley et al. v. Samuels et al., 1:26-cv-05378-JMF
16. Lummayos et al. v. Samuels et al., 1:26-cv-05400-JMF
17. Frias v. Samuels et al., 1:26-cv-05403-JMF
18. Mejia v. Samuels et al., 1:26-cv-05404-JMF
19. Peralta et al. v. Samuels et al., 1:26-cv-05405-JMF
20. Otero v. Samuels et al., 1:26-cv-05409-JMF
21. Archibald v. Samuels et al., 1:26-cv-05410-JMF
22. Mendez et al. v. Samuels , 1:26-cv-05430-JMF
23. Lee et al. v. Samuels et al., 1:26-cv-05431-JMF
24. Bird et al. v. Samuels et al., 1:26-cv-05465-JMF
25. Popovychenko et al. v. Samuels et al., 1:26-cv-05602-JMF
26. Beckford et al. v. Samuels et al., 1:26-cv-05603-JMF
27. Desir et al. v. Samuels et al., 1:26-cv-05610-JMF
28. Davis et al. v. Samuels et al., 1:26-cv-05611-JMF
29. Rivas et al. v. Samuels et al., 1:26-cv-05612-JMF
30. Vasquez et al. v. Samuels et al., 1:26-cv-05637-JMF
31. Nicholls et al. v. Samuels et al., 1:26-cv-05638-JMF
32. Bautista et al. v. Samuels et al. , 1:26-cv-05639-JMF
33. Moreta et al. v. Samuels et al., 1:26-cv-05665-JMF
34. Zafrani et al. v. Samuels et al., 1:26-cv-05761-JMF
35. Ramos et al. v. Samuels et al., 1:26-cv-05762-JMF
36. Mason et al. v. Samuels et al., 1:26-cv-05871-JMF
37. Talley et al. v. Samuels et al., 1:26-cv-05334-JMF
38. Cornett et al. v. Samuels et al., 1:26-cv-05609-JMF
39. Neilson et al. v. Samuels et al., 1:26-cv-05331-JMF

40. Leger v. Samuels et al., 1:26-cv-05343-JMF
41. Paul v. Samuels et al., 1:26-cv-05344-JMF
42. Blyumin et al. v. Samuels et al., 1:26-cv-05371-JMF
43. Gordon et al. v. Samuels et al., 1:26-cv-05401-JMF
44. De Los Santos et al. v. Samuels et al., 1:26-cv-05406-JMF
45. Varela et al. v. Samuels et al., 1:26-cv-05484-JMF
46. Diaz et al. v. Samuels et al., 1:26-cv-05500-JMF
47. King et al. v. Samuels et al., 1:26-cv-05501-JMF
48. Joseph et al. v. Samuels et al., 1:26-cv-05503-JMF
49. Devore et al. v. Samuels et al., 1:26-cv-05631-JMF
50. De La Cruz et al. v. Samuels et al., 1:26-cv-05636-JMF
51. Vidal v. Samuels et al., 1:26-cv-05640-JMF
52. Ramirez v. Samuels et al., 1:26-cv-05641-JMF
53. Kabba v. Samuels et al., 1:26-cv-05342-JMF

SO ORDERED.

Dated: September 30, 2026
New York, New York

JESSE M. FURMAN
United States District Judge